IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GIA LEWIS GROWS<br>　　　　　Plaintiff,<br><br>v.<br><br>UNION CARBIDE CORPORATION, et al.<br>　　　　　Defendants. | CIVIL ACTION NO. 22-00794<br><br>SECTION "S"(5)<br><br>DISTRICT JUDGE LEMMON<br><br>MAGISTRATE JUDGE NORTH |

### ORDER

Considering the *Ex Parte*/Consent Motion to Dismiss, With Prejudice, filed by plaintiff, Gia Lewis Grows, and the consent of Defendants, The Dow Chemical Company and Union Carbide Corporation,

**IT IS ORDERED** that said Motion is **GRANTED** and plaintiff, Gia Lewis Grows' claims against Defendants, The Dow Chemical Company and Union Carbide Corporation be and hereby are **DISMISSED WITH PREJUDICE**, with each party to bear its respective costs.

New Orleans, Louisiana, this  22nd  day of May 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE